FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 25 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00709-BNB

JEREMIAH BIEL,

    Plaintiff,

v.

HENRY WAGNER, and
CHARLES,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Jeremiah Biel, is currently incarcerated at the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Biel initiated this action by filing a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915 on March 21, 2011. On March 30, 2011, Magistrate Judge Boyd N. Boland directed Mr. Biel to cure certain deficiencies. Specifically, he directed Mr. Biel to file an amended prisoner complaint on the court-approved form, and to submit a certified copy of his inmate trust fund statement for the six month period immediately preceding the filing. Mr. Biel cured the deficiencies in this action on April 14, 2011. Magistrate Judge Boland granted Mr. Biel leave to proceed pursuant to 28 U.S.C. § 1915 by order dated April 15, 2011.

The April 15 Order requires Mr. Biel to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $28.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by

filing a current certified copy of his trust fund account statement. The Order warns Mr. Biel that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Biel filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on May 9, 2011. However, Mr. Biel failed to submit a current certified copy of his trust fund account statement in support of the Motion and Affidavit. Therefore, Mr. Biel has now failed either to pay the initial partial filing fee within the time allowed, as designated in the April 15 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Biel's failure either to pay an initial partial filing fee of $28.00 or to show cause why he has no assets and no means by which to pay the designated fee. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __25th__ day of ____May____, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00709-BNB

Jeremiah Biel
Prisoner No. 2011-00000661
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 25, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk